UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSUE MEDINA,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-02294-JHC<br><br>ORDER |

This matter comes before the Court on pro se Petitioner's Motion for Appointment of Counsel. Dkt. # 5.

Because of the complex issues and procedural posture of this case, the Court concludes that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, the Court APPOINTS the Federal Public Defender to consult with Petitioner before August 11, 2026, and—subject to Petitioner's and the Federal Public Defender's decision about whether that representation is appropriate—represent Petitioner in these proceedings. Within 30 days of the date of this Order, if the Federal Public Defender enters a notice of appearance and undertakes representation of Petitioner, the Federal Public Defender shall assist Petitioner to file an application demonstrating eligibility for appointment of counsel under 18 U.S.C. § 3006A.

The Clerk is DIRECTED to send uncertified copies of this Order to Petitioner, the Federal Public Defender, and counsel for Respondents.

Dated this 23rd day of July, 2026.

John H. Chun
United States District Judge