UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSUE MEDINA,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. 2:26-cv-02294-JHC

ORDER GRANTING FEDERAL RESPONDENTS' EX PARTE MOTION TO STAY BRIEFING SCHEDULE

**IT IS HEREBY ORDERED** that Federal Respondents' Ex Parte Motion to Stay the briefing schedule is GRANTED, for the reasons set forth in Federal Respondents' Motion (Dkt. # 10). The briefing schedule (Dkt. No. 6, ¶¶ 1, 2) is held in abeyance until the appointment of counsel process ordered is completed. Dkt. No. 9, Order. The parties shall submit a proposed briefing schedule, including whether an amended petition will be filed, by August 24, 2026.

Dated this 27th day of July, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge