UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSUE MEDINA,<br>Petitioner,<br>v.<br>BRUCE SCOTT ET AL.,<br>Respondents. | CASE NO. 2:26-cv-02294-JHC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Because the Federal Public Defender appears to have declined representation, *see* Dkt. # 13; *see also* Dkt., Petitioner shall remain pro se.

(2) Pursuant to the Court's Order at Dkt. # 11, Petitioner's Letter at Dkt. # 13, and the Federal Respondents' Status Update at Dkt. # 14, the Court now sets the following briefing schedule:

a. Respondents shall file a return to the petition at Dkt. # 4 on or before September 10, 2026.

b. Petitioner shall file a traverse, if he so wishes, on or before September 24, 2026.

(3) The Clerk is directed to re-note the petition at Dkt. # 4 for September 24, 2026, and to forward a copy of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 27th day of August 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk